IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-125-BLG-DLC |
|---|---|
| Plaintiff, | |
| vs. | **ORDER VACATING DETENTION HEARING** |
| DUSTIN LEE WOLFF, | |
| Defendant. | |

Upon Defendant's Unopposed Motion to Vacate Detention Hearing, IT IS HEREBY ORDERED that the Detention Hearing scheduled for November 16, 2017, at 3:00 p.m. is VACATED.

DATED this 16th day of November, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge