Brian P. Fay
Angel, Coil & Bartlett
125 West Mendenhall
Bozeman, MT 59715
Phone: (406)586-3084
FAX: (406) 585-7654
Attorney for Defendant
Dustin Lee Wolff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Cause No. CR 17-125-BLG-DLC |
| ) | |
| vs. ) | |
| ) | |
| DUSTIN LEE WOLFF, ) | |
| Defendant. ) | |

**DEFENDANT, WOLFF'S, UNOPPOSED MOTION TO CHANGE PLEA**

COMES NOW, the defendant, DUSTIN LEE WOLF, by and through his attorney of record, Brian P. Fay of Angel, Coil & Bartlett, Attorneys at Law, and hereby moves the Court to change his plea in accordance with the terms and conditions of the Plea Agreement that the parties have negotiated and anticipate filing with the Court.

Assistant U.S. Attorney, Lori Harper Suek, been contacted and does not object to the Court granting this motion.

WHEREFORE, Wolff moves the Court to change his plea and to set a hearing on this matter at the Court's convenience.

Respectfully submitted this 4th day of February, 2018.

Angel, Coil & Bartlett

-2-

/s/ Brian P. Fay
Brian P. Fay
Attorney for Defendant
Dustin Lee Wolff