# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA



\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

vs.

**DUSTIN LEE WOLFF**          No. **CR 17-125-BLG-DLC**

DOB: 1984          **PETITION TO OPEN JUVENILE RECORDS**

SSN: XXX-XX-8921

Whereas the above-name defendant entered a plea of Guilty to the offense of Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 846 in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the Defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

*Taniya L. Wilson*
U.S. Probation Officer

February 27, 2018
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

*Dana L. Christensen*
United States District Judge

Dated this 27th day of February, 2018.