IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DUSTIN LEE WOLFF, <br><br> Defendant. | CR 17–125–BLG–DLC <br><br> ORDER |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on February 27, 2018. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommended this Court accept Dustin Lee Wolff's guilty plea

after Wolff appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to conspiracy to distribute and to possess with intent to distribute methamphetamine in violation of 21 U.S.C. § 846 as set forth in Count I of the Indictment.

I find no clear error in Judge Cavan's Findings and Recommendation (Doc. 33), and I adopt them in full.

Accordingly, IT IS ORDERED that Dustin Lee Wolff's motion to change plea (Doc. 24) is GRANTED and Dustin Lee Wolff is adjudged guilty as charged in Count I of the Indictment.

DATED this 16th day of March, 2018.

_____
Dana L. Christensen, Chief District Judge
United States District Court