IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN LEE WOLFF,<br><br>Defendant. | CR 17-125-BLG-DLC-TJC<br><br>**FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE** |

A petition filed in this case alleges that Defendant violated conditions of his supervised release.  Judge Christensen referred the matter to the undersigned to conduct a final hearing and issue findings and recommendations.  (Doc 54.)  A final revocation hearing was set for June 30, 2026.

On June 26, 2026, in a separate case, CR-25-93-BLG-WWM, Defendant was sentenced by Judge Mercer to a term of 180 months in custody for possession with intent to distribute methamphetamine, and 60 months in custody for possession of a firearm in furtherance of a drug trafficking crime, to run consecutively.  (Doc. 135, CR-25-93-BLG-WWM.)  Defendant was also sentenced to a term of 10 years of supervised release on both counts, to run concurrently. (*Id.*)  Judge Mercer also ordered that any sentence imposed for Defendant's revocation of supervised release in this case run concurrent with his sentence in CR-25-93-BLG-WWM.  (*Id.*)

1

At Defendant's final revocation hearing, the United States moved to dismiss the petition in this case alleging Class C violations of Defendant's supervised release.  Defendant did not object to dismissal.

Accordingly, **IT IS RECOMMENDED** that the Court **DISMISS** the petition.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing.  28 U.S.C. § 636(b)(1).  Judge Christensen will make a *de novo* determination regarding any portion of the Findings and Recommendations to which objection is made.  Judge Christensen may accept, reject, or modify, in whole or in part, the Findings and Recommendations.  Regardless of whether objections to the Findings and Recommendations are made, Defendant has the right to appear and allocute before Judge Christensen, prior to the Court's action on the Findings and Recommendations.  *United States v. Gray*, 905 F.3d 1145, 1149 (9th Cir. 2018).

DATED this 30th day of June, 2026.

TIMOTHY J. CAVAN
United States Magistrate Judge

2