IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–125–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DUSTIN LEE WOLFF, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Timothy J. Cavan's Findings & Recommendations Regarding Revocation of Supervised Release. (Doc. 87.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

At Defendant's final revocation hearing, the United States moved to dismiss the petition alleging Class C violations of Defendant's supervised release (Doc.

1

52). (Doc. 87 at 2.) Defendant did not object to dismissal. (*Id.*)

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendations (Doc. 87) is ADOPTED in full.

IT IS FURTHER ORDERED that the Petition for Warrant or Summons and Order (Doc. 52) is hereby DISMISSED.

DATED this 16th day of July, 2026.

_____
Dana L. Christensen, District Judge
United States District Court

2